IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**CORY CALLAHAN #16085,**
        **Plaintiff,**

**-vs-**          Case No.  A-23-CV-1573-DII

**BURNET CO. SHERIFF'S DEPT. and**
**OFFICER MARTENIEZ,**[1]
        **Defendants.**

_____

# FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff Cory Callahan's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. This case is **CLOSED**.

**SIGNED** on March 4, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] In the attachments to Plaintiff's complaint Plaintiff refers to the officer as Officer Martinez.